BEFORE THE SECOND DIVISION, AUGUST 19, 1968

**No. P68/332.**—Bert Scheuer, Inc. *v.* United States, protests 58/10030–9836, etc. (Chicago).

**No. P68/333.**—Bert Scheuer, Inc. *v.* United States, protests 58/16731, etc. (New York).

**No. P68/334.**—Bert Scheuer, Inc. *v.* United States, protests 58/20928, etc. (Baltimore).

**No. P68/335.**—Bert Scheuer, Inc. *v.* United States, protest 60/7713 (Savannah).

**No. P68/336.**—C. A. Hartnett *v.* United States, protests 60/16321, etc. (Boston).

BECKWORTH, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of bicycles, with or without tires having wheels in diameter (measured to the outer circumference of the tire) over 25 inches, weighing less than 36 pounds complete without accessories, and not designed for use with tires having a cross-sectional diameter exceeding 1⅝ inches and that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co., Mangano Cycles Co.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, AUGUST 20, 1968

**No. P68/337.**—Kwan Yuen Co. et al. *v.* United States, protests 65/24786, etc. (Los Angeles).

MALETZ, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rattancore coolie hat planters, sleighs, modern shaped trays, serving trays, snack trays, and hanging planters similar in all material respects to those the subject of *Royal Cathay Trading Co. et al.* v. *United States* (56 Cust. Ct. 371, C.D. 2662), the claim of the plaintiffs was sustained.